PROB 12C
(6/16)

Report Date: June 16, 2021

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Darryl Robinson          Case Number: 0980 1:16CR02023-RMP-3

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 22, 2017

Original Offense:    Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846

Original Sentence:   Prison - 120 months           Type of Supervision: Supervised Release
                     TSR - 60 months

Asst. U.S. Attorney:   Benjamin David Seal         Date Supervision Commenced: August 4, 2020

Defense Attorney:     Paul E Shelton               Date Supervision Expires: August 3, 2025
                     Colin G Prince

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on June 10, 2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Robinson is alleged to have consumed methamphetamine on or about June 4, 2021.

Mr. Robinson's conditions of supervised release were reviewed with him on August 10, 2020. He signed and acknowledged an understanding of his conditions which included special condition number 3, as noted above.

On June 11, 2021, Mr. Robinson reported to the probation office and admitted to consuming methamphetamine on June 4, 2021.

5    **Standard Condition #2**: After initially reporting to the probation office you will receive instructions from the court of the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Robinson is alleged to have failed to report to the probation office as directed on June 14, 2021, at 9 a.m.

Mr. Robinson's conditions of supervised release were reviewed with him on August 10, 2020. He signed and acknowledged an understanding of his conditions which included standard condition number 2, as noted above.

On June 11, 2021, at the conclusion of an office visit, this officer directed Mr. Robinson to report to the probation office on June 14, 2021, due to his continued noncompliance with his supervised release conditions.

Mr. Robinson failed to report to the probation office as directed on June 14, 2021, and did not call this officer to explain why he could not report. Due to Mr. Robinson failing to report as directed, this officer went to Mr. Robinson's residence at 4 p.m. in an attempt to contact the offender.

When this officer arrived, Mr. Robinson was in the driveway working on a vehicle. Mr. Robinson was questioned regarding why he failed to report to the probation office as directed. The offender explained that he thought he was directed to report on June 15, 2021.

6    **Standard Condition #2**: After initially reporting to the probation office you will receive instructions from the court of the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Robinson is alleged to have not reported to the probation office as directed on June 15, 2021, by 12 p.m.

Mr. Robinson's conditions of supervised release were reviewed with him on August 10, 2020. He signed and acknowledged an understanding of his conditions which included standard condition number 2, as noted above.

On June 14, 2021, at the conclusion of a home visit, this officer directed Mr. Robinson to report to the probation office on June 15, 2021, by 12 p.m. to provide a urinalysis and to sign a release of information for treatment. This officer repeated the reporting instructions to Mr. Robinson several times and he acknowledged that he will report as instructed.

On June 15, 2021, Mr. Robinson sent this officer a text message at 12:11 p.m. and stated, "She's running a little late we'll be there." That was the last message that probation received from the offender. Mr. Robinson failed to report to the probation office as directed on June 15, 2021, did not call this officer to explain why he could not report and is not responding to this officer's telephone calls.

Prob12C
**Re: Robinson, Darryl**
**June 16, 2021**
**Page 3**

| | |
|---|---|
| 7 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Robinson is alleged to have failed to report to the probation office as directed on June 15, 2021, to provide a urinalysis.

Mr. Robinson's conditions of supervised release were reviewed with him on August 10, 2020. He signed and acknowledged an understanding of his conditions which included specia condition number 3, as noted above.

On June 14, 2021, at the conclusion of a home visit, this officer directed Mr. Robinson to report to the probation office on June 15, 2021, by 12 p.m. to provide a urinalysis and sign a release of information for treatment. This officer repeated the reporting instructions to Mr. Robinson several times and he acknowledged he would report as instructed.

On June 15, 2021, Mr. Robinson sent this officer a text message at 12:11 p.m. and stated, "She's running a little late we'll be there." That was the last message that probation received from the offender. Mr. Robinson failed to report to the probation office to submit to a urinalysis as directed on June 15, 2021, he did not call this officer to explain why he could not report and is not responding to this officer's telephone calls.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 16, 2021

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
**Re: Robinson, Darryl**
**June 16, 2021**
**Page 4**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

6/17/2021
Date