PROB 12C
(6/16)

Report Date: October 21, 2021

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Darryl Robinson                          Case Number: 0980 1:16CR02023-RMP-3

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: March 22, 2017

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846 | |
| Original Sentence: | Prison - 120 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Compassionate Release:<br>August 5, 2020 | Prison - Time served<br>TSR - 60 months | |
| Revocation Sentence:<br>August 3, 2021 | Prison - 6 months<br>TSR - 54 months | |
| Asst. U.S. Attorney: | Matthew Alan Stone | Date Supervision Commenced: August 3, 2021 |
| Defense Attorney: | Paul E Shelton<br>Colin G Prince | Date Supervision Expires: February 2, 2026 |

## PETITIONING THE COURT

To have the offender appear before the Court.

The probation officer believes that the offender has violated the following order of the Court:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Order of the Court:** The defendant shall surrender to the United States Marshals (USM) for this district at 3 p.m. on August 3, 2021.<br><br>**Supporting Evidence**: Mr. Robinson is alleged to have failed to follow the order of the Court by not surrendering to the USM on August 3, 2021, at 3 p.m., as directed during his supervised release revocation hearing.<br><br>On August 3, 2021, at 11:30 a.m. Mr. Robinson participated in a virtual supervised release revocation hearing.  The Court found Mr. Robinson in violation of his supervised release, revoked his supervised release and sentenced him to 6 months confinement with 54 months of supervised release to follow.  At the conclusion of the hearing, the Court directed Mr. |

Prob12C
**Re: Robinson, Darryl**
**October 21, 2021**
Page 2

Robinson to surrender to the probation office on August 3, 2021, at 3 p.m. so he could be taken into custody by the USM.

On August 3, 2021, at 1:30 p.m. Mr. Robinson sent this officer the following text messages: "let me just say Phil never a f***** again I'm done them f***** are going to kill me as soon as I hit the f***** yard thanks good luck."

"You know here like I got a ride to make a demand but you know what you want me to turn myself in fine then you guarantee that I go to Sheridan in writing I'll turn myself in if not f*** it I'm not going to put myself in the situation to get killed."

On August 4, 2021, this officer spoke with the USM and was informed that Mr. Robinson failed to report on August 3, 2021, at 3 p.m. or any time after to self-surrender. Due to Mr. Robinson failing to self-surrender as directed, the Court issued a warrant on August 4, 2021.

Mr. Robinson was on abscond status from August 3, 2021, until he was arrested by the USM on October 20, 2021.

The U.S. Probation Office respectfully recommends the defendant appear before the Court to answer to the failure to comply with the order of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 21, 2021

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS
[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

10/21/2021
Date