PROB 12C
(6/16)

Report Date: March 3, 2023

## United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Mar 03, 2023**

Eastern District of Washington

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Darryl Robinson     Case Number: 0980 1:16CR02023-RMP-3

Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: March 22, 2017

Original Offense:   Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846

Original Sentence:  Prison - 120 months       Type of Supervision: Supervised Release
                    TSR - 60 months

Revocation Sentence:  Prison - 6 months
(August 3, 2021)      TSR - 54 months

Asst. U.S. Attorney:  Daniel Hugo Fruchter    Date Supervision Commenced: August 4, 2020

Defense Attorney:     Alex B Hernandez, III   Date Supervision Expires: August 3, 2025

### PETITIONING THE COURT

To issue a warrant.

On April 26, 2022, supervised release conditions were reviewed and signed by Mr. Robinson acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Robinson is alleged to have consumed methamphetamine on or about February 23 and 25, 2023.<br><br>On February 23, 2023, this officer received a telephone call from staff at Merit Resource Services (Merit) stating that Mr. Robinson's urinalysis (UA) had returned presumptive positive for methamphetamine. While on the telephone with Merit staff, this officer asked |

Prob12C
**Re: Robinson, Darryl**
**March 3, 2023**
Page 2

Mr. Robinson if he admitted to the presumptive positive UA for methamphetamine, and he said he did admit to consuming methamphetamine.

On February 27, 2023, United States Probation Officer (USPO) Casey spoke to Mr. Robinson by telephone and reminded him of his colorline UA that day at Merit. Mr. Robinson said he would probably be positive because he took a hit of methamphetamine on Saturday night (February 25, 2023).

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 3, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/3/2023
Date